## James W. Armstrong v. Benjamin K. Adams and another.

*Record: Review: Imperfect finding of facts.* The record in this case is held
insufficient, under the decision in *Adams v. Champion, supra p. 233,* to war-
rant a review of the proceedings below, and the cause is remanded for retrial,
without costs against either party.

*Heard January 22.     Decided January 26.*

Case made from Newaygo Circuit.

*J. A. Fairfield, W. L. Stoughton* and *L. D. Norris,* for
plaintiff.

*Thompson, Reeves & Pratt* and *D. Darwin Hughes,* for de-
fendants.

GRAVES, CH. J.

This case was submitted with that brought by these
·defendants against Champion and Huckett, and on the
argument made in that case.   The actions agree in form,
and concern the same property.   This suit was commenced
by Armstrong against Adams and Knight, immediately after
the latter got possession under their replevin against Cham-
pion and Huckett, and the property was taken out of their

hands by his writ and delivered to him. As in the other case, the issue was heard by the court without a jury, and judgment was given for Armstrong. The record is not as objectionable as that in the other case. But the same miscarriage in regard to findings is apparent, and some additional incongruities are introduced. Several questions, with the judge's answers made in the other case, are transferred to this without regard to their fitness, and the record, taken as a whole, is misshaped, irregular and imperfect.

We have no right to attempt a revision of such proceedings, and we should incur the risk of doing mischief, if we were to assume to engage in the attempt.

Treating the case as a mistrial, as an abortive proceeding, we can only remit the parties to their position before the trial.

The judgment must be set aside, and another trial ordered, but without costs by either party against the other.

COOLEY, and CAMPBELL, JJ., concurred.

CHRISTIANCY, J., did not sit in this case.